

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-16-00438-CV

In the **ESTATE** of Joseph David **MARKS** Sr., Deceased

From the Probate Court No. 1, Bexar County, Texas
Trial Court No. 2015PC0155
Honorable Kelly Cross, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, appellees Joseph D. Marks Jr. and Jeffrey Marks' motion to dismiss filed on August 26, 2016 and appellant Jo Ann Marks Rivera's motion to dismiss filed on September 6, 2016 are GRANTED and this appeal is DISMISSED.

We order that appellees Joseph D. Marks Jr. and Jeffrey Lewis Marks recover their costs of this appeal, if any, from appellant Jo Ann Marks Rivera.

SIGNED October 5, 2016.

_____
Marialyn Barnard, Justice